UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MELISSA MOSKOWITZ,

                              Plaintiff,

-v-

NYU LANGONE HEALTH SYSTEM

                             Defendant.

21 Civ. 6667 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

In light of this case's referral to mediation, Dkt. 15, the initial pretrial conference, initially scheduled for November 29, 2021 at 10:30 a.m., Dkt. 14, is **adjourned** pending the outcome of that mediation.

SO ORDERED.

                                                                  *Paul A. Engelmayer*
                                                             PAUL A. ENGELMAYER
                                                             United States District Judge

Dated: November 2, 2021
       New York, New York