

600 Third Avenue, 22nd Floor | New York, NY 10016-1915 | **bsk.com**

LOUIS P. DILORENZO
ldilorenzo@bsk.com
P: (646) 253-2315
F: (646) 253-2301

April 21, 2022

**VIA ELECTRONIC FILING**
Hon. Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/21/2022
```

Re:   *Melissa Moskowitz v. NYU*
      Civil Action No.: 21-cv-06667

Dear Judge Lehrburger:

    We represent Defendant, NYU Langone Health System ("NYU"), in the above-referenced matter. We write on behalf of both parties pursuant to Judge Engelmayer's April 19, 2022 Order Referring Case to Magistrate Judge (Document Number 21) and the April 20, 2022 email from Ms. Shah, Your Honor's Courtroom Deputy, scheduling a Settlement Conference for June 2nd.

    Pursuant to Judge Engelmayer's Order, the parties were to contact Your Honor when both parties agreed that a Settlement Conference would be useful. At this time, the parties agree that such a conference would not be useful and respectfully request an adjournment until a mutually agreed upon time between the parties.

    Thank you for your consideration.

Best regards,

BOND, SCHOENECK & KING, PLLC

_____/s/_____
Louis P. DiLorenzo
Managing Member


CC: Via ECF Filing
    Jesse Weinstein, Esq.

No settlement conference has been scheduled as yet. The parties shall contact the Court when they believe it would be productive to engage in a settlement conference.

SO ORDERED

4/21/2022

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

13977382.1 4/20/2022

Attorneys At Law | A Professional Limited Liability Company