UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
                                                      :
MELISSA MOSKOWITZ,                                    :
                                                      :        21 Civ. 6667 (PAE)
                                  Plaintiff,          :
                                                      :             ORDER
                -v-                                   :
                                                      :
NYU LANGONE HEALTH SYSTEM,                            :
                                                      :
                                  Defendant.          :
                                                      :
------------------------------------------------------------------ :
                                                      X

PAUL A. ENGELMAYER, District Judge:

        On July 19, 2022, the Court scheduled a case management conference in the above-

captioned case for October 17, 2022 at 11 a.m.  Due to an unavoidable conflict with a trial

scheduled to begin that morning, the Court adjourns the conference to November 2, 2022 at 4

p.m.

        This conference will be held telephonically.  The parties should call into the Court's

dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the

pound (#) key.  **Counsel are directed to review the Court's Emergency Individual Rules and**

**Practices in Light of COVID-19**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for

the Court's procedures for telephonic conferences and for instructions for communicating with

chambers.

        Please email to EngelmayerNYSDChambers@nysd.uscourts.gov, no later than twenty-

four hours before the conference, the names of any counsel who wish to enter an appearance at

the conference, and the number from which each counsel will be calling.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: October 13, 2022
      New York, New York